# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Brandon W. Weiss<br><br>Debtor(s)<br><br>LoanCare, LLC, or its Successor or Assignee<br>Movant<br>vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Brandon W. Weiss<br>Respondent(s) | Chapter 13<br>Bankruptcy No. 20-14005-elf |

# O R D E R

It is hereby **ORDERED** that the Stipulation to Settle Motion of LoanCare, LLC for Relief from the Automatic Stay (Doc. # 47) is hereby **APPROVED**.

Date:  4/23/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**