**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Brandon W. Weiss<br>                    Debtor<br><br>LoanCare, LLC, or its Successor or Assignee<br>                    Movant<br>                        vs.<br><br>Kenneth E. West, Trustee<br>Brandon W. Weiss<br>                    Respondent(s) | Chapter 13<br>Bankruptcy No. 20-14005-elf |

## CERTIFICATION OF DEFAULT

I, Marisa Myers Cohen, attorney for LoanCare, LLC, or its Successor or Assignee, in accordance with Settlement Stipulation approved by the Court April 26, 2021 and attached hereto as Exhibit "A", hereby certify the following:

1.    That Debtor, Brandon W. Weiss has failed to maintain payments as described in said Settlement Stipulation.

2.    That a Notice of Default was served upon Debtor and Debtor's counsel by United States Mail, first class, postage prepaid, on February 11, 2022; a true and correct copy of such Notice is attached hereto, made a part hereof, and marked as Exhibit "B"

3.    That ten (10) days have elapsed, and Debtor has failed to cure the delinquency.

4.    That upon filing this Certification, in accordance with the Settlement Stipulation, an Order shall be entered granting LoanCare, LLC, or its Successor or Assignee relief from the automatic stay to foreclose its mortgage and, without limitation, to exercise any other rights it has under the mortgage or with respect to Debtor(s)' property located at 630 Haverford Road, Haverford, Pennsylvania 19041.

/s/ Marisa Myers Cohen
MARGARET GAIRO, ESQUIRE ID # 34419
MARISA MYERS COHEN, ESQUIRE ID #87830
JAMES FRENCH, ESQUIRE ID # 319597
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for LoanCare, LLC
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com