## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Brandon W. Weiss | : | Chapter 13 |
| | : | No.: 20-14005-ELF |
| Debtor(s) | : | |

## OBJECTION TO CERTIFICATE OF DEFAULT

Debtor, Brandon W. Weiss, by and through their undersigned counsel Brad J. Sadek, hereby objects to LoanCare, LLC's Certificate of Default on the following basis:

Debtor denies Movant's claims that timely payments were not made per the Stipulation of Settlement. Debtor avers they are gathering all proofs of payment and requests Movant's full accounting to compare the same.

WHEREFORE, Debtor respectfully requests this Honorable Court to DENY Movant's Order requesting Relief from the Automatic Stay.

Dated: March 10, 2022                              /s/ Brad J. Sadek, Esq.
                                                   Brad J. Sadek, Esq.
                                                   Attorney for the Debtor(s)
                                                   Sadek & Cooper
                                                   1315 Walnut Street, #502
                                                   Philadelphia, PA 19107
                                                   (215) 545-0008